| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
| --- | --- |
| | 02-CR-737 |
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| --- | --- | --- |
| John DiFrancesco<br>342 S. Catherine Street<br>Middletown, PA 17057 | Eastern New York | Brooklyn |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Allyne R. Ross | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 7/16/04 | TO 7/15/07 |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 2 9 2005 ★
BROOKLYN OFFICE

| OFFENSE |
| --- |
| Bribery of a Public Official. |

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____EASTERN_____ DISTRICT OF _____NEW YORK_____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____Middle District of Pennsylvania_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/21/05
_____             _____
Date                                 United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____MIDDLE_____ DISTRICT OF _____PENNSYLVANIA_____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/21/05
_____             _____
Effective Date                       United States District Judge

# UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE
Harrisburg

November 23, 2005

**LEONARD R. BOGART**
CHIEF PROBATION OFFICER

WILLIAM J. NEALON U.S. COURTHOUSE
P.O. BOX 191
SCRANTON, PA 18501-0191
570-207-5840
FAX 570-207-5880

**DIVISIONAL OFFICES:**

HARRISBURG, PA 17108-0805
P.O. BOX 805
717-901-2860
FAX 717-901-2890
WILLIAMSPORT, PA 17701-6458
240 WEST THIRD STREET
SUITE 114
570-323-3688
FAX 570-323-5862
WILKES-BARRE, PA 18701-1500
ROOM 201
197 S. MAIN STREET
570-826-6257
FAX 570-821-4194

Mr. Anthony Garoppolo
Chief U. S. Probation Officer
United States Probation Office
75 Clinton Street
Brooklyn, NY 11201

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ NOV 29 2005 ★
BROOKLYN OFFICE

Re: **DIFRANCESCO, JOHN**
Docket No. 02-CR-737

## TRANSFER OF JURISDICTION TO MD/PA

Dear Mr. Garoppolo:

We are returning to you an original of Probation Form 22 which was signed on November 21, 2005, by U.S. District Judge William W. Caldwell, accepting transfer of jurisdiction in this case to the Middle District of Pennsylvania.

Please have your Clerk of Court forward the Court file to:

Pamela Warner
Deputy Clerk
U.S. District Court
P.O. Box 983
Harrisburg, PA 17108

Thank you for your assistance.

Sincerely,

Fonda L. Steele
U.S. Probation Officer

Enclosure
Pamela Warner, Clerk's Office, Harrisburg, PA;

# U.S. PROBATION DEPT.
EASTERN DISTRICT OF NEW YORK

# ROUTING SLIP



| | |
|---|---|
| **DATE:** | November 28, 2005 |
| **TO:** | Clerk's Office<br>U.S. District Court |
| **FROM:** | Deborah Nieders, Executive Assistant<br>347.534.3520 |
| **RE:** | **TRANSFER OF JURISDICTION**<br>DIFRANCESCO, John<br>Docket No. 02-CR-737 |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ NOV 29 2005 ★

BROOKLYN OFFICE

Attached is an original Prob 22 - Transfer of Jurisdiction form signed by Judge Ross and the Honorable William W. Caldwell, U.S. District Judge for the Middle District of Pennsylvania, along with correspondence from the Middle District of Pennsylvania.

Thank you.